

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00268-CV

———————————————

IN THE INTEREST OF X.G., M.G., J.G., AND M.G., CHILDREN

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 15-04711-393

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed "Motion to Withdraw Appeal," which we construe as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 27, 2022